# EXHIBIT A

*MDOC Grievance Identifiers* # ECF 2021- 05 -615-12F
Grievance appeal
Grievance denial

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I _____   Grievance Identifier: | 2 | 0 | 2 | 1 | 0 | 5 | 1 | 6 | 4 | 5 | | | 1 | 2 | F |

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Michael George | 827005 | ECF | 4-224 | 5-12-21 | 5-12-21 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? ON MAY 12 If none, explain why. I Reported to haston the Medication makes me sick feel like I will pass out. But haston

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. Stated I do not care about about that you will take the Medication I prescribed to you sick or not this is my issu that was not resolved, take action as soon as possible

Grievant's Signature: Michael George

RESPONSE (Grievant Interviewed?) ☐ Yes ☒ No  If No, give explanation. If resolved, explain resolution.)

Record Review completed
Prisoner description allowed response from record

Respondent's Signature: _____ LLP    Date: 5/19/2021
Respondent's Name (Print): Carol Kenison    Working Title: Psy 11

Reviewer's Signature: _____    Date: 5/x/21
Reviewer's Name (Print): Brian Majerczyk    Working Title: Psy-13

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

DEPARTMENT OF CORRECTIONS
**ER/PAROLEE GRIEVANCE APPEAL FORM**  ECF

4835-4248 5/09
CSJ-247B

Received by Grievance Coordinator at Step II: JUN 01 2021

Grievance Identifier: 2021 05 615 12F

RECEIVED BY MDOC JUL 06 2021

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Office of Legal Affairs Griev. Coord by 6/2/2021. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

Name (Print first, last): MICHAEL GEORGE ~~GEORGE Michael~~
Number: 827005
Institution: ECF
Lock Number: 3-102
Date of Incident: 5-12-21
Today's Date: 5-26/21

**STEP II — Reason for Appeal** Carol Kenison is at Failure to resolve this issue I reported side effects of pain But has not reported they did not care about that I still have the side effects that will not go away take Action on this Step II issue Soon as possible thank you

**STEP II — Response** See Attached

Date Received by Step II Respondent: 6/1/2021

Respondent's Name (Print): ____  Respondent's Signature: ____  Date: ____

Date Returned to Grievant: 6-28-2021

**STEP III — Reason for Appeal** I report side effect still they do not care take meds we give side effects or not this issue will Not Be resolved only by the courts take Action as soon as possible thank you

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

# MICHIGAN DEPARTMENT OF CORRECTIONS
## Step II Grievance Appeal Response

| Grievance Number: | ECF 2021 05 0615 12F |
|---|---|
| Prisoner Name: | George |
| Prisoner Number: | 827005 |

**SUMMARY OF STEP II REASON FOR APPEAL:**

*Claims that QMHP at ECF did not address or resolve his complaints about side-effect/stomach discomfort related to psychotropic medication.*

**CONCLUSION:**
I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

The EMR was reviewed, and the prisoner is being seen in accordance with Mental Health Services policy. The mental health medication prescribed to the grievant is done so by the mental health professional practicing within the scope of their education, training and experience and within the policy directives set forth by the MDOC, specifically the current MDOC BHCS formulary. The ECF case manager cannot change the medications. The prisoner did see the provider again to address the matter and changes were made to the regimen.

The fact that the grievant disagrees with the professional judgment of the medication provider does not constitute a violation of policy, inappropriate treatment, negligence or neglect. There has been no violation of policy. Grievance denied.

Grievant is advised to follow policy and procedure and mental health care recommendations, as necessary.

| RESPONDENT NAME: | TITLE: |
|---|---|
| Tom Osier, M.A. | Asst. Mental Health Services Director |
| RESPONDENT SIGNATURE: *Thomas J. Osier* | DATE: 6/28/2021 |

**Michigan Department of Corrections**
**FIRST STEP GRIEVANCE RECEIPT**

DATE: 5/13/2021

TO: GEORGE  827005   LOCATION: ECF  4-224

FROM: Grievance Coordinator: T. Bassett

SUBJECT: Receipt for Step I Grievance

Grievance Identifier: ECF / 2021 / 05 / 0615 / 12F

Issue: medication issue

Received: 5/13/2021

Date Due: 6/3/2021

Your Step I grievance was received as indicated above. You should receive a response no later than the due date listed above. If you have not received a response by this date and have not received notification of an extension, you may submit a written request for an appeal form to this office. You will need to note, on your request, the grievance identifier as listed above.

Michigan Department of Corrections
GRIEVANCE APPEAL RECEIPT - STEP II

DATE:   6/1/2021

2 40L
3-102 L
~~4-224~~

TO:   GEORGE   827005   LOCATION:   ECF

FROM:   Grievance Coordinator:   T. Bassett

SUBJECT:   Receipt of the Grievance Appeal Form

I acknowledge receipt of your Step II grievance appeal, identifier  ECF  /  2021 / 05 / 0615  / 12F
which was received in this office on   6/1/2021
Unless you are otherwise notified you should be provided a Step II response within 15 business days of the date your appeal was received or no later than   6/22/2021
If you have not received a response by this date or received notice of an extension, you may submit your step III appeal to the Directors office.

# MICHIGAN DEPARTMENT OF CORRECTIONS
## Step II Grievance Appeal Response

| Grievance Number: | ECF 2021 05 0615 12F |
|---|---|
| Prisoner Name: | George |
| Prisoner Number: | 827005 |

**SUMMARY OF STEP II REASON FOR APPEAL:**

*Claims that QMHP at ECF did not address or resolve his complaints about side-effect/stomach discomfort related to psychotropic medication.*

**CONCLUSION:**

I have reviewed your Step I Grievance, the Step I Response, and your Step II Reason for Appeal.

The EMR was reviewed, and the prisoner is being seen in accordance with Mental Health Services policy. The mental health medication prescribed to the grievant is done so by the mental health professional practicing within the scope of their education, training and experience and within the policy directives set forth by the MDOC, specifically the current MDOC BHCS formulary. The ECF case manager cannot change the medications. The prisoner did see the provider again to address the matter and changes were made to the regimen.

The fact that the grievant disagrees with the professional judgment of the medication provider does not constitute a violation of policy, inappropriate treatment, negligence or neglect. There has been no violation of policy. Grievance denied.

Grievant is advised to follow policy and procedure and mental health care recommendations, as necessary.

| RESPONDENT NAME: | TITLE: |
|---|---|
| Tom Osier, M.A. | Asst. Mental Health Services Director |
| RESPONDENT SIGNATURE: *Thomas J. Osier* | DATE: 6/28/2021 |