UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL KEITH GEORGE,

        Plaintiff,

v.

CAROL KENISON, et al.,

        Defendants.
_____/

Case No. 1:22-cv-125

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that any state law claims raised by Plaintiff are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated: __April 26, 2022__          /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge